# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CYRUS MILLER, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 4:13-cv-00283-HEA |
| NESTLÉ PURINA PETCARE COMPANY, ) ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE AND
## REQUEST FOR EXTENSION OF TIME

COME NOW Louis F. Bonacorsi, Douglas W. King and Jason A. Kempf of Bryan Cave LLP, One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, Missouri 63102-2750, and enter their appearance on behalf of Defendant Nestlé Purina PetCare Company. With Plaintiff's consent, Defendant hereby requests thirty (30) days, to and including April 15, 2013, in which to answer or otherwise plead to the Complaint.

Respectfully submitted,

By: /s/ Louis F. Bonacorsi
Louis F. Bonacorsi, #28331MO
Douglas W. King, #34242MO
Jason A. Kempf, #59897MO
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone:  (314) 259-2000
Facsimile:   (314) 259-2020

Attorneys for Defendant
Nestlé Purina PetCare Company

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on March 7, 2013, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

                /s/ Louis F. Bonacorsi